IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LLOYD H. WENTWORTH | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1158 |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of SHALOM BRILLIANT as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

Dated: November 29, 2005

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 305-7562
Facsimile: (202) 305-7643

CERTIFICATE OF FILING

I hereby declare that on the 29th day of November 2005, a copy of foregoing 'NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Shalom Brilliant