# In the United States Court of Federal Claims

No. 05-1158

(Filed: January 10, 2006)

```
*************************************** *
                                        *
WENTWORTH,                              *
                                        *
                    Plaintiff,          *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                    Defendant.          *
                                        *
*************************************** *
```

ORDER

On January 9, 2006, the Government filed an unopposed Motion for Enlargement of Time, and an unopposed Motion to Stay Proceedings while certain related cases are in the Court's ADR Pilot Program. Accordingly:

1. Defendant's Motion for Enlargement of Time is granted;

2. This proceeding is hereby STAYED until 14 days following completion of the ADR process in the related cases;

3. The parties shall file with the Court a Joint Status Report describing the progress of the ADR proceedings on or before February 1, 2006;

4. Thereafter, the parties shall file additional Joint Status Reports on the first calendar day of every second month for the duration of the stay;

5. Defendant shall file its Answer on or before 20 days after the stay is lifted.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge